UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>CLOUD 69 CONVENIENCE STORE INC. d/b/a CLOUD 69 CONVENIENCE STORE, HI-FI NEWS & GROCERY INC. d/b/a PREMIUM CIGAR & SMOKE SHOP, and GURDIP SINGH JOSAN,<br><br>Defendants. | 25-CV-5340 (LAK) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has moved for default judgment against Defendants Cloud 69 Convenience Store, et al. The motion papers, however, are defective. The Complaint in this case concerns infringement of trademarks referred to as the "G PEN" and "GRENCO" marks. (Dkt. 1.) The memorandum in support of default judgment addresses different Defendants (Amazing Store & Smoke Shop, et al.) and different trademarks ("STUDENGLASS"). (Dkt. 28.) Similarly, the supporting Folkerts Declaration addresses the STUDENGLASS marks but not the G PEN or GRENCO marks. (Dkt. 31.)

Accordingly, by **July 27, 2026**, Plaintiff shall either withdraw its motion for default judgment or file a revised Memorandum of Law and supporting Declaration that addresses the G PEN and GRENCO marks. Plaintiff shall serve Defendants with the revised papers and a copy of this order and file proof of same no later than **July 29, 2026**.

Failure to comply may result in dismissal of the case for failure to prosecute, failure to follow court orders, and/or failure to provide adequate support for the motion.

Any response by Defendants to the revised papers must be filed by **August 6, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2026
New York, New York

Copies transmitted this date to all counsel of record.