**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GS HOLISTIC, LLC,

Plaintiff,

v.

CLOUD 69 CONVENIENCE STORE INC. d/b/a CLOUD 69 CONVENIENCE STORE, HI-FI NEWS & GROCERY INC d/b/a PREMIUM CIGAR & SMOKE SHOP, and GURDIP SINGH JOSAN

Defendants.

Case No. 1:25-cv-05340-LAK-RWL

**MOTION TO WITHDRAW THE MOTION FOR DEFAULT JUDGMENT**

Plaintiff GS Holistic, LLC by and through undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 7(b) for an order permitting Plaintiff to withdraw its Motion for Default Judgment filed on February 19, 2026 at ECF No. 27 (the "Default Motion"), without prejudice and to re-file within 30 days.

Plaintiff no longer seeks adjudication of the Default Motion at this time . Plaintiff seeks to pursue another revised Motion for Default Judgment.

Withdrawal of the Default Motion will conserve the Court's and the parties' resources. Plaintiff requests that the withdrawal be without prejudice to any rights Plaintiff may have to seek appropriate relief later, subject to the Federal Rules of Civil Procedure, this Court's Local Rules, and any order of the Court.

Defendant has not appeared, and Plaintiff submits this request without a meet-and-confer.

Request granted. The motion to withdraw at Dkt. 27 shall be stricken as withdrawn. Any new motion for default judgment must be filed no later than **August 21, 2026**. The Clerk of Court is respectfully directed to strike the motion at Dkt. 27.

SO ORDERED:

7/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectullfy Submitted,

July 22, 2026

By:

Anthony M. Verna III
Verna Law, P.C.
80 Theordore Fremd Ave.
Rye, NY 10580
anthony@vernalaw.com
914-908-6757
*Attorney for the Plaintiff*