UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GS HOLISTIC, LLC,

Plaintiff,

- against -

CLOUD 69 CONVENIENCE STORE INC. d/b/a CLOUD 69 CONVENIENCE STORE, HI-FI NEWS & GROCERY INC. d/b/a PREMIUM CIGAR & SMOKE SHOP, and GURDIP SINGH JOSAN,

Defendants.

---------------------------------------------------------------X

25-CV-5340 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff filed its renewed motion for default judgment on August 21, 2026. Any response from the defendants to the motion shall be filed by **September 7, 2026**.

Plaintiff shall serve Defendants with a copy of this order together with Plaintiff's motion papers (Dkts. 41-45) (if not already served), and by **August 25, 2026**, shall file proof of service of same.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2026
New York, New York

Copies transmitted this date to all counsel of record.