UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GS HOLISTIC, LLC,

Plaintiff,

-against-

25-cv-5340 (LAK) (RWL)

CLOUD 69 CONVENIENCE STORE, INC., etc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER ON MOTION FOR DEFAULT JUDGMENT**

LEWIS A. KAPLAN, *District Judge*.

Defendants having failed to appear in this matter, plaintiff having moved for default judgment, Magistrate Judge Lehrburger having recommended that plaintiff's motion be granted, and no timely (or untimely) objections having been filed, it is hereby

ORDERED, as follows:

1. The motion (Dkt 41) is granted.

2. The Clerk of the Court shall enter judgment as follows:

   (a) Plaintiff shall recover of defendants, jointly and severally, $50,000 in statutory damages for each of the seven G PEN Trademarks and costs in the amount of $731.35, for an aggregate total of $350,731.35, plus post-judgment interest.

   (b) Defendants, their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of the foregoing, who receive actual notice of this judgment by personal service or otherwise, be and hereby are enjoined and restrained from infringing upon any of the G PEN Trademarks directly or contributorily, in any manner, including, but not limited to, by importing, exporting, making, manufacturing, reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping,

licensing, developing, displaying, delivering, marketing, advertising, or promoting counterfeit products bearing any of the G PEN Trademarks.

(c) As used herein, "G PEN Trademarks" means the following U.S. trademark registration numbers: (i) 4,390,645, (ii) 5,368,594, (iii) 4,470,963, (iv) 4,616,071, (v) 4,466,586, (vi) 5,405,360, and (vii) 5,405,361.

(d) Defendants, at their cost and no later than October 13, 2026, shall deliver to plaintiff for destruction all counterfeit products, accessories, labels, signs, prints, packages, wrappers, receptacles, advertisements, and other material in their possession, custody, or control bearing any of the G PEN Trademarks.

SO ORDERED.

Dated: October 2, 2026

Lewis A. Kaplan
United States District Judge